08 CV 6744

Jaculin Aaron
Susan Reiss
John C. Scalzo
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:    1.212.848.4000
Facsimile:    1.212.848.7179
Email:         jaaron@shearman.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUL 29 2008
U.S.D.C. S.D. N.Y.
CASHIERS

|  |  |
|---|---|
| DRESS FOR SUCCESS WORLDWIDE, | x : |
| Plaintiff, | : : Civil Action No. |
| v. | : : |
| DRESS 4 SUCCESS, | : : |
| Defendant. | : : x |

### RULE 7.1 STATEMENT OF PLAINTIFF DRESS FOR SUCCESS WORLDWIDE

Plaintiff Dress for Success Worldwide, by its undersigned attorneys, Shearman & Sterling LLP, hereby states, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it has no parent corporation and that there is no publicly-held corporation that directly or indirectly owns 10% or more of its stock.

Dated: July 28, 2008

Respectfully submitted,

SHEARMAN & STERLING LLP

By:

Jaculin Aaron
Susan Reiss
John C. Scalzo
599 Lexington Avenue
New York, New York  10022