AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

Dress for Success Worldwide,

        Plaintiff,

V.

Dress 4 Success

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 6744

JUDGE KEENAN

TO: (Name and address of Defendant)

Dress 4 Success
719 South Los Angeles Street
Los Angeles, California  90014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jaculin Aaron, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JUL 29 2008

DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

☐ Blumbergs Law Products   B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.; Military Service, 10 pt. type, 1-95    © 1988 JULIUS BLUMBERG, INC. PUBLISHER, NYC 10013

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

DRESS FOR SUCCESS WORLDWIDE,

Plaintiff(s)

against

- DRESS 4 SUCCESS

Defendant(s)

Index No. 08 CV 6744

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ CALIFORNIA COUNTY OF LOS ANGELES    SS:    The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at LOS ANGELES, CALIFORNIA

That on 8/5/08 at 2:00 PM., at 719 SOUTH LOS ANGELES STREET, LOS ANGELES, CA deponent served the within summons, *and complaint* on DRESS 4 SUCCESS    defendant therein named,
SEE ATTACHED RIDER

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to JANET LAVENDER personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to                    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE** USE WITH 3 OR 4
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS** USE WITH 3 OR 4
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION** USE WITH 1, 2, OR 3
☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this Aug 07 2008
by MARISSA MENDENHALL
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public Signature

SALLY J. KIM
Commission # 1519304
Notary Public - California
Los Angeles County
My Comm. Expires Nov 11, 2008

PRINT NAME BENEATH SIGNATURE
MARISSA MENDENHALL    8/7/08
LOS ANGELES COUNTY    License No. 5281

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X      INDEX NO.
DRESS FOR SUCCESS WORLDWIDE                                       08 CV 6744

                              Plaintiff,                          RIDER TO AFFIDAVIT
                                                                  OF SERVICE
            - against -

DRESS 4 SUCCESS
                              Defendant.
-----------------------------------------------------------X
```

LIST OF DOCUMENTS SERVED:

- SUMMONS IN A CIVIL ACTION

- COMPLAINT

- INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON

- PRACTICES OF JUDGE JOHN F. KEENAN

- ELECTRONIC CASE FILING RULES & INSTRUCTIONS