*KeeNAN/1*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRESS FOR SUCCESS WORLDWIDE,

                                    Plaintiff,

            - against -

DRESS 4 SUCCESS,

                                    Defendant.

Case No. 08 Civ. 6744 (JFK)



**STIPULATION**

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties
that defendant Dress 4 Success's time to answer or otherwise respond to the Complaint is
hereby extended through and including September 2, 2008.

Dated: New York, NY
       August 22, 2008

**PAUL, HASTINGS, JANOFSKY &
WALKER LLP**

By: _Robert L. Sherman_
    Robert L. Sherman (RS-5520)

**SHEARMAN & STERLING LLP**

By: _[signature]_
    Jaculin Aaron (JA-3660)
    Susan Reiss (SR-5560)
    John C. Scalzo (JS-2804)

75 East 55th Street, First Floor
New York, NY 10022
(tel) 212.318.6000
(fax) 212.318.6847

599 Lexington Avenue
New York, New NY 10022
(tel) 212.848.4000
(fax) 212.848.7179

SO ORDERED:

_John F. Keenan_ 9/2/08
          U.S.D.J.