Robert L. Sherman (RS 5520)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000
Attorneys for Defendant Dress 4 Success

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRESS FOR SUCCESS WORLDWIDE,<br><br>                      Plaintiff,<br><br>- against -<br><br>DRESS 4 SUCCESS<br><br>                      Defendant. | Case No. 08 Civ. 6744 |

### RULE 7.1 STATEMENT OF DEFENDANT DRESS 4 SUCCESS

Defendant Dress 4 Success, by its attorneys, Paul, Hastings, Janofsky & Walker LLP, hereby states, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it has no parent corporation, affiliates or subsidiaries and that there is no publicly-held corporation that directly or indirectly owns 10% or more of its stock.

Dated: New York, NY
       September 2, 2008

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

*Robert L. Sherman*
By: Robert L. Sherman (RS-5520)

75 East 55th Street
New York, NY 10022
(212) 318-6000 (telephone)
(212) 318-6847 (facsimile)

Attorneys for Defendant Dress 4 Success

LEGAL_US_W # 59876662.1